

NUMBER 13-18-00489-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JORGE A. ARJONA AND
MARTINA ARJONA,                                                    **Appellants,**

**v.**

INTER NATIONAL BANK OF MCALLEN AND
SUBSTITUTE TRUSTEE MARIN J. ESPINOSA,                    **Appellees.**

On appeal from the 206th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION
**Before Justices Rodriguez, Contreras, and Benavides**
**Memorandum Opinion by Justice Benavides**

Appellants, Jorge A. Arjona and Martina Arjona, filed an appeal from a judgment

entered by the 206th District Court of Hidalgo County, Texas, in cause number C-4925-

17-D. This cause is before the Court on appellants' motion to dismiss the appeal on

grounds the parties have reached an agreement as to the resolution of the case and the appeal has now become moot. Appellants request this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
27th day of September, 2018.